# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2009

137704

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DIANE A. LEWIS, Personal
Representative of the Estate of
Anthony Lewis,
      Plaintiff-Appellant,

v

SC: 137704
COA: 277179
Macomb CC: 06-002615-NH

LEWERENZ HEALTH & WELLNESS
CENTER FOR FAMILY & SPORTS,
P.C., a/k/a LEWERENZ MEDICAL
CENTER, and FREDERICK
LEWERENZ, D.O.,
      Defendants,

and

OAKLAND MEDICAL GROUP,
P.C., a/k/a LEWERENZ MEDICAL
CENTER, and JAMES S.
LEWERENZ, D.O.,
      Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the September 4, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2009

_____
Clerk

l0422